U.S. Department of Justice
United States Attorneys

# United States District Court
## for the Southern District of Florida

NO. 23-20336-cr-KMW

**UNITED STATES OF AMERICA**

v.

Oscar Banden Burns, et al.,
Defendants.

Inmate Name: Rayneo Blanc

Inmate #: Jail # 230138105

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: ANY UNITED STATES MARSHAL, and

WARDEN, Metrowest Detention Center

It appearing from the petition of the United States of America that the defendant in the above case, Rayneo Blanc, JAIL #230138105, YOB:2002 is confined in the Metrowest Detention Center at 13850 NW 41st St, Doral, FL 33178 and that this case is set for an INITIAL APPEARANCE/ARRAIGNMENT as to the defendant at 301 N Miami Avenue, 11th FLOOR, MIAMI, FL 33128 , and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Rayneo Blanc, JAIL #230138105, YOB:2002 now in custody as aforesaid, under safe and secure conduct, before this Court at 301 N Miami Avenue, 11th FLOOR, MIAMI, FL 33128 by or before, 1:30 P. M., on September 20, 2023 for a INITIAL APPEARANCE/ARRAIGNMENT on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Metrowest Detention Center at 13850 NW 41st St, Doral, FL 33178 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at MIAMI, Florida, this 31st day of August , 2023

HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (AUSA Corey R. O'Neal )
U.S. Marshal (3 certified copies)
Chief Probation Officer