UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAYNEO BLANC,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING DATE

THIS CAUSE came before the Court on Defendant's RAYNEO BLANC'S Unopposed Motion for Continuance of Sentencing Date.  After careful consideration of the Defendant's motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant's motion is **GRANTED**.

**DONE AND ORDERED** is chambers at Miami, Florida this _____ day of April 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: all counsel of records