UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RAYNEO BLANC**,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR CONTINUANCE

THIS CAUSE came before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing [ECF No. 225]. Being fully advised, having reviewed the submission of the parties, for the reason stated in the motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The sentencing hearing scheduled for April 25, 2025, is cancelled and is rescheduled to **Friday, May 2, 2025, at 10:00 a.m.,** in the Miami Division.

**DONE AND ORDERED** in the Southern District of Florida on April 10, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record