UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA

v.

RAYNEO BLANC,

    Defendant.
_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO UNITED STATES SENTENCING GUIDELINES SECTION 5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion for a fifty percent (50%) reduction of sentence pursuant to United States Sentencing Guidelines Section 5K1.1 based upon defendant Rayneo Blanc providing substantial assistance to the prosecution in related matters. The United States will set forth the reasons for the reduction at the time of the hearing on this matter.

For these reasons, the United States respectfully recommends that this Court reduce Rayneo Blanc's sentence by fifty percent (50%).

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
STEFAN DIAZ ESPINOSA
Assistant United States Attorney
Fla. Bar No. 1010217
99 NE 4th Street
Miami, Florida 33394
(305) 961-9124
Stefan.Diaz.Espinosa@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver notices of electronic filing to all counsel of record.

_____
STEFAN DIAZ ESPINOSA
Assistant United States Attorney