PROB 12B
(SD/FL 4/24)

SD/FL PACTS No. **8616781**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **1:23-CR-20336-DSL-2**

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Rayneo Blanc

Name of Sentencing Judicial Officer: The Honorable David S. Leibowitz, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence:  May 2, 2025

Original Offense:  Count One: Carjacking, 18 U.S.C. § 2119(1), a Class C Felony

Original Sentence:  Timed Served as to Count One. This sentence shall run concurrently with any sentence imposed in State case F23-10467A followed by three (3) years of supervised release. A $100.00 special assessment and $30,685.14 restitution were imposed. As special conditions, the defendant shall: 1) not associate with co-defendants Oscar Burns, and Schnaider Cesar while on supervised release; 2) provide complete access to financial information; 3) not apply for, solicit or incur any further debt without the permission from the Probation Officer; 4) submit to a search of his person or property 5) surrender to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings; and 6) notify the probation officer of any economic circumstances that might affect ability to pay any unpaid amount of restitution, fines or special assessment

Type of Supervision: Supervised Release     Date Supervision Commenced: June 20, 2025

## PETITIONING THE COURT

☐   To extend term of supervision for _____ years, for a total term of _____ years.

☒   To modify the condition of supervision as follows:

**The defendant shall pay restitution at the rate of $125.00 per month, until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

## CAUSE

On June 20, 2025, Mr. Blanc commenced his three (3) year term of supervised release in the Southern District of Florida. His term of supervised release is expected to terminate on June 19, 2028.

PROB 12B  
(SD/FL 4/24)

SD/FL PACTS No. **8616781**

Since he commenced supervision, Mr. Blanc has complied with all conditions of his supervised release and has paid his restitution as ordered.

In October 2025, he secured new employment as a Laundry Sorter with NOVO Health Services, earning approximately $2,563.60 per month. To date, he has paid $50.00 towards restitution; however, on October 20, 2025, a payment was mailed in the amount of $200.00 that is pending processing by the Clerk's Office. A financial investigation was conducted to determine what he could afford to pay monthly, and he reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by Mr. Blanc and the expenses were adjusted accordingly. His reported monthly expenses include $400.00 towards rent, $600.00 towards groceries, $100.00 towards utilities, $40.00 towards cellphone, $100.00 towards transportation/commuting expenses, $80.00 for clothing, $25.00 medical, $225.00 towards state probation restitution, $20.00 towards driver license plan, and $219.00 for miscellaneous (haircut, hygiene supplies, cleaning supplies, laundry). Based on this information, it was determined that Mr. Blanc will be able to pay $125.00 per month toward restitution.

He was presented with this information and concurred with our assessment, consequently, voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at the rate of $125.00 per month commencing on November 1, 2025, and every month thereafter.

**RECOMMENDATION**: It is respectfully recommended that Your Honor modify the conditions of supervised release, allowing Mr. Blanc to pay restitution at a rate of $125.00 per month.

Respectfully submitted,

by: *Trent Tucker* dm  
Trent Tucker  
United States Probation Officer  
Office: (305) 523-5444  
Cellular: (786) 382-9954  
Date: October 30, 2025

---

THE COURT ORDERS:

☐   No Action  
☑   The Modification of Conditions as Noted Above  
☐   Submit a Request for ☐ Warrant or ☐ Summons

Signature of Judicial Officer  
Date: 11/5/2025